AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2018 MAY 15 AM 8:33
JEFFREY P. COLWELL
CLERK
BY_____DEP. CLK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Christina Fitzgerald | ) | Case No. 18-mj-01088-KLM |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Christina Fitzgerald,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 841(a)(1) & (b)(1)(C) - Possession with Intent to Distribute A Controlled Substance: Methamphetamine

Date: **11 May 2018**

*Issuing officer's signature*

City and state: Denver, Colorado

Kristen L. Mix
United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 05-11-2018, and the person was arrested on *(date)* 05-14-2018
at *(city and state)* Denver, CO.

Date: 05-14-2018

SA [signature]
*Arresting officer's signature*

SA Ryan Donahue
*Printed name and title*