DEFENDANT(S): **CHRISTINA FITZGERALD**

DOB: 1984

ADDRESS: Denver, CO

COMPLAINT FILED?  X  YES _____ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: 18-mj-01088-KLM

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? X YES _____ NO

LOCATION
OF OFFENSE: State and District of Colorado.

OFFENSES: **COUNT I**:
**21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii)** - Poss w/intent to distribute more than 500 grams of Meth. PENALTY: NLT 10 years up to life imprisonment, a $10,000,000 fine, or both; a $100 Special Assessment Fee; NLT 5 years Supervised Release.

**COUNT II**:
**21 U.S.C. §§ 841(a)(1) and (b)(1)(A(viii) and 846** - Conspiracy to Poss w/intent to distribute more than 500 grams Meth. PENALTY: NLT 10 years up to life imprisonment, a $10,000,000 fine, or both; a $100 Special Assessment Fee; NLT 5 years Supervised Release.

AGENTS: DEA S/A Ryan Donahue

AUTHORIZED BY: Guy Till
    Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

X   five days or less

THE GOVERNMENT

 X   will seek detention in this case pursuant to 18 U.S.C. §3142(f)(1)

OCDETF CASE: _____ Yes _____ No

The statutory presumption of detention **is** applicable to this defendant.
Government does ask for detention without bond.