IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

| Criminal Action No.: 18-cr-00266-PAB | Date: August 6, 2018 |
|---|---|
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |

*Parties:* *Counsel:*

UNITED STATES OF AMERICA,                       Guy Till

   Plaintiff,

v.

3. CHRISTINA FITZGERALD,                     Laura Menninger

   Defendant.

## COURTROOM MINUTES

**CHANGE OF PLEA HEARING**

**1:40 p.m.**     **Court in session.**

Court calls case. Appearances of counsel.

Defendant present in custody.

The Plea Agreement (Court Exhibit 1); Statement by Defendant in Advance of Plea of Guilty (Court Exhibit 2); and Court Exhibit 3 are tendered to the court.

Discussion regarding the Plea Agreement. Ms. Fitzgerald intends to enter a plea of guilty to Count 2 of the original Indictment. Mr. Till states the Government intends to dismiss counts pertaining to Ms. Fitzgerald in the Superseding Indictment.

Discussion regarding elements of Count 2 in the original Indictment. Court states the elements don't match the pattern instruction.

Counsel will work together to interlineate page 6 of the Plea Agreement.

**1:47 p.m.**     **Court in recess.**
**1:59 p.m.**     **Court in session.**

Discussion regarding changes to the Plea Agreement.

Defendant sworn.

Defendant advised of appellate rights, penalties, sentencing guidelines, trial rights, and other constitutional rights.

Defendant enters plea of guilty to Count 2 of the original Indictment.

Court states its findings of fact and conclusions of law.

**ORDERED:** **Defendant's plea of guilty is accepted.**

**ORDERED:** **Court Exhibits 1, 2, and 3 are admitted.**

**ORDERED:** **The court defers approval of the Plea Agreement pending review of the Presentence Investigation Report.**

**ORDERED:** **The Probation Department shall conduct a presentence investigation and file a presentence report.**

**ORDERED:** **Any motions for departure or variance shall be filed within the time limits specified by Fed. R. Crim. P. 32(f)(1), as discussed.**

**ORDERED:** **Defendant, with the assistance of counsel, if necessary, shall contact the probation department regarding the presentence investigation.**

**ORDERED:** **Sentencing is set for November 9, 2018 at 1:30 p.m. in Courtroom A701 before Judge Philip A. Brimmer.**

**ORDERED:** **Any pending pretrial motions on behalf of the Defendant are deemed MOOT.**

**ORDERED:** **Defendant is remanded to the custody of the U. S. Marshal.**

**2:36 p.m.** **Court in recess.**

Hearing concluded.
Total in-court time: 00:44