IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip A. Brimmer

Criminal Action No. 18-CR-00266-PAB

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

v.

4. **OMAR HUMBERTO GONZALEZ-HERNANDEZ,**
    **a/k/a Omar Gonzalez,**
    **a/k/a Omar Humberto-Gonzales, and**

5. **JEREMIAH U. SERR,**

      **Defendants.**

_____

## GOVERNMENT EXHIBIT LIST
_____

The United States, by United States Attorney Jason R. Dunn, through the undersigned Assistant United States Attorney, hereby submits the attached proposed Government Exhibit List for use in the trial of this case.

Respectfully submitted this 20th day of February 2019.

                JASON R. DUNN
                United States Attorney

      By:   *s/Guy Till*
             Guy Till
             Assistant United States Attorney
             United States Attorney's Office
             1801 California Street, Suite 1600
             Denver, Colorado 80202
             Telephone: (303) 454-0100
             FAX: (303) 454-0405
             E-mail: Guy.Till@usdoj.gov
             Attorney for the Government

CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2019, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send an email notification of such filing to all counsel of record.

*s/David Vu*
David Vu
Legal Assistant
United States Attorney's Office

CASE CAPTION: United States v. Zarate-Suarez, Et Al.

CASE NO.: 18-cr-00266-PAB

EXHIBIT LIST OF: United States
(Name and Party Designation)

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 1 | Radke | INV_302 - Photo of Joanna Zarate-Suarez Colorado driver's license | | | | | |
| 2 | Radke | INV_258 - Photo of Joanna Gonzalez-Zarate's Colorado driver's license | | | | | |
| 3 | Radke | INV_215-photo of Omar Humberto Gonzalez-Hernandez's passport | | | | | |
| 4 | Radke | INV_252 - Photo of Christina Fitzgerald Virginia driver's license | | | | | |
| 5 | Radke | INV_253 - Photo of Acevedo Colorado learner's permit | | | | | |
| 6 | Carr | Still photo of Serr from dash cam | | | | | |
| 7 | Campbell/Greenway | INV_171 - Photo of blue jeep and 1130 Raleigh St | | | | | |
| 8 | Campbell/Greenway | INV_169 - Photo of black jeep and 1130 Raleigh | | | | | |
| 9 | Campbell | INV_54 - Photo of 1130 Raleigh | | | | | |
| 10 | Campbell | Map – Raleigh to Newton | | | | | |
| 11 | Campbell | Map – Raleigh to Quitman | | | | | |
| 12 | Campbell | Map – Newton to Eliot | | | | | |
| | | | | | | | |
| 20 | Carr | Dash cam video - KSP | | | | | |
| 21 | Carr | Serr Kansas conviction documents | | | | | |

| # | Witness | Description | | | | | |
|---|---|---|---|---|---|---|---|
| 22 | Carr | Chain of custody documents | | | | | |
| 23 | Crow | Methamphetamine | | | | | |
| | | | | | | | |
| 30 | Fitzgerald | Fitzgerald Plea Agreement | | | | | |
| 31 | Fitzgerald | INV_7347 - Supplemental to Plea Agreement | | | | | |
| 32 | Fitzgerald | PFR_1 - Proffer Letter | | | | | |
| 33 | | Fitzgerald post-arrest interview | | | | | |
| 34 | | Transcript of post-arrest interview | | | | | |
| | | | | | | | |
| 40 | Campbell | INV_216 - Photo Surveillance of Jeep Liberty | | | | | |
| 41 | Campbell | INV_217 - Photo Surveillance of Jeep Liberty | | | | | |
| 42 | Campbell | INV_218 - Photo Surveillance of Jeep Liberty | | | | | |
| 43 | Campbell | INV_124 - Photo Surveillance of Jeep Liberty | | | | | |
| 44 | Campbell | INV_125 - Photo Surveillance of Jeep Liberty | | | | | |
| 45 | Campbell | INV_128 - Photo Surveillance of Jeep Liberty | | | | | |
| 46 | Campbell | INV_129 - Photo Surveillance of Jeep Liberty | | | | | |
| | | | | | | | |
| 50 | Campbell/Greenway | INV_156 - Photo of Traffic Stop | | | | | |
| 51 | Campbell/Greenway | INV_157 - Photo of Traffic Stop | | | | | |
| 52 | Campbell/Greenway | INV_158 - Photo of Traffic Stop | | | | | |
| 53 | Campbell/Greenway | INV_159 - Photo of Traffic Stop | | | | | |
| 54 | Campbell/Greenway | Kelly Draper dash-cam recording | | | | | |
| | Campbell/Greenway | | | | | | |
| 60 | Campbell/Greenway | INV_162 – Photo of vehicles – end of pursuit | | | | | |
| 61 | Campbell/Greenway | INV_257 - Photo of police car against blue | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 62 | Radke/Campbell | INV_259 - Photo of backseat of blue jeep | | | | | |
| 63 | Radke/Campbell | INV_192 - Motel 6 hotel receipt | | | | | |
| 64 | Radke/Campbell | INV_193 - Motel 6 hotel receipt | | | | | |
| 65 | Radke/Campbell | INV_199 - Walmart Receipt | | | | | |
| 66 | Radke/Campbell | INV_201 - Walmart Receipt | | | | | |
| 67 | Radke/Campbell | INV_189 - Photo of plastic bag in backseat | | | | | |
| 68 | Radke/Campbell | INV_190 - Photo of plastic bag in backseat | | | | | |
| 69 | Radke/Campbell | INV_194 - Photo of cell phone | | | | | |
| 70 | Radke/Campbell | INV_228 - Photo of stopped blue jeep | | | | | |
| 71 | Radke/Campbell | INV_231 - Photo of stopped blue jeep and | | | | | |
| 72 | Radke/Campbell | INV_234 - Photo of blue jeep against police | | | | | |
| 73 | Radke/Campbell | INV_239 - Photo of back seat of blue jeep | | | | | |
| 74 | Radke/Campbell | INV_241 - Photo of flowers | | | | | |
| 75 | Radke/Campbell | INV_242 - Photo of zip lock bag | | | | | |
| 76 | Radke/Campbell | INV_243 - Photo of | | | | | |
| 77 | Radke/Campbell | INV_245 - Photo of front seat of blue jeep | | | | | |
| 78 | Radke/Campbell | INV_248 - Photo of cash in door sill | | | | | |
| 79 | Radke/Campbell | INV_270 - Photo of front seat of jeep | | | | | |
| 80 | Radke/Campbell | INV_273 - Photo of water bottle | | | | | |
| 81 | Radke/Campbell | INV_287 - Photo of flower delivery list, p.1 | | | | | |
| 82 | Radke/Campbell | INV_288 - Photo of flower deliver list, p.2 | | | | | |
| 83 | Radke | INV_225 - Photo of Joanna Zarate-Suarez | | | | | |
| 84 | Radke | INV_226 - Photo of Edwin Roman-Acevedo | | | | | |
| | | | | | | | |
| 90 | Campbell/Martin | INV_160 - Photo of Meth | | | | | |
| 91 | Campbell/Martin | INV_161 - Photo of Meth | | | | | |
| 92 | Campbell/Martin | INV_163 - Photo of bags of Meth on roadside | | | | | |
| 93 | Campbell/Martin | INV_164 - Closer photo of bags of meth on roadside | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 94 | Campbell/Martin | INV_165 - Photo of exploded meth bag | | | | | |
| 95 | Campbell/Martin | INV_166 - Close photo of exploded meth bag | | | | | |
| 96 | Campbell/Martin | INV_181 - Photo of roadside bag | | | | | |
| 97 | Campbell/Martin | INV_182 - Close up photo of the roadside bag | | | | | |
| 98 | Campbell/Martin | INV_183 - Closer photo of roadside bag | | | | | |
| 99 | Campbell/Martin | INV_184 - Photo of shards of meth along roadside | | | | | |
| 100 | Campbell/Martin | INV_185 - Closer photo of shards of meth | | | | | |
| 101 | Campbell/Martin | INV_186 - Closer photo of shards of meth | | | | | |
| 102 | Campbell/Martin | INV_187 - Closer photo of shards of meth | | | | | |
| 103 | Campbell/Martin | INV_188 - Closer photo of shards of meth | | | | | |
| 104 | Campbell/Martin | INV_202 - Photo of stain on the road | | | | | |
| 105 | Campbell/Martin | INV_203 - Photo of Meth shards | | | | | |
| 106 | Campbell/Martin | INV_205 - Photo of Meth shards | | | | | |
| 107 | Campbell/Martin | INV_206 - Photo of Meth shards and exploded bag | | | | | |
| 108 | Campbell/Martin | INV_207 - Close up photo of meth shards and exploded bags | | | | | |
| 109 | Campbell/Martin | INV_208 - Photo of Meth shards and exploded bag | | | | | |
| | | | | | | | |
| 120 | Campbell/Donahue | INV_211 - Photo of meth shards in evidence bag | | | | | |
| 121 | Campbell/Donahue | INV_212 - Photo of meth shards in evidence bag | | | | | |
| 122 | Campbell/Donahue | INV_213 - Photo of meth shards in evidence bag | | | | | |
| 123 | Campbell/Donahue | INV_214 - Photo of meth shards in evidence bag | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 124 | Wang | DEA Exhibit #1 – lab report 135.6g Meth $\pm$ 5.2g | | | | | |
| 125 | Nguyen | DEA Exhibit #2 – lab report 147.8g Meth $\pm$ 6.7g | | | | | |
| 126 | Nguyen | DEA Exhibit #3 – lab report 797g Meth $\pm$ 28.9g | | | | | |
| 127 | Wang | DEA Exhibit #6 – lab report 69.76g Meth $\pm$ 5.01g | | | | | |
| 128 | Wing | DEA Exhibit #7 – lab report 430g Meth $\pm$ .02g. Purity 92% $\pm$ 4% | | | | | |
| 129 | | LAB_4253 – lab report | | | | | |
| 130 | Crow | Methamphetamine mixture and substance – KBI lab net weight 435g | | | | | |
| 139 | Fitzgerald | N11 Phone Extraction and text messages | | | | | |
| 140 | Campbell | Cellbrite Certificate Kelvin Ivery N3, N9 | | | | | |
| 141 | Campbell | Cellbrite Certificate Kelvin Ivery, N21, N22 | | | | | |
| 142 | Bosillo | T-Mobile phone records, --- | | | | | |
| 143 | Campbell | Photo- Cell phone tower at 252 S. Hooker Street | | | | | |
| 144 | Campbell | Photo- Cell phone tower at 252 S. Hooker Street (2) | | | | | |
| 145 | Campbell | Photo- Cell phone tower at 501 14th Street | | | | | |
| 146 | Campbell | Photo- Cell phone tower at 501 14th Street (2) | | | | | |
| 147 | Campbell | Photo- Cell phone tower at 555 Colfax Avenue Bennett | | | | | |
| 148 | Campbell | Photo- Cell phone tower at 555 Colfax Avenue Bennett (2)_ | | | | | |
| 149 | Campbell | Photo- Cell phone tower at 1000 S. Eliot Street Denver | | | | | |
| 150 | Campbell | Photo- Cell phone tower at 1000 S. Eliot Street Denver (2) | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 151 | Campbell | Photo- Cell phone tower at 20150 Sky Ranch Road Aurora CO | | | | | |
| 152 | Campbell | Photo- Cell phone tower at 20150 Sky Ranch Road Aurora CO (2) | | | | | |
| 153 | Campbell | Photo- Cell phone tower at Hwy 59 Seibert CO | | | | | |
| 154 | Bosillo | CDR Mediations 7206454219 | | | | | |
| 155 | Bosillo | CDR Mediations 7206454219 | | | | | |
| 156 | Campbell | CDR Mediations 7206454219 | | | | | |
| 157 | Carr | KS Highway Patrol Chain witnesses | | | | | |
| 158 | Campbell | Notice of certified documents_DEA_Cellbrite | | | | | |