IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 18-cr-00266-PAB-03

UNITED STATES OF AMERICA,

     Plaintiff,

v.

3. CHRISTINA FITZGERALD,

     Defendant.

---

## GOVERNMENT'S MOTION TO RESTRICT DOCUMENT NOS. 443 and 444

---

The United States of America, by and through United States Attorney Jason R. Dunn, and the undersigned Assistant United States Attorney, respectfully moves to restrict document numbers 443 and 444, any attachments, and any order revealing the contents of those documents. The restricted brief is filed in support of this motion. The United States requests a "Level 2" Restriction which would make the documents, any order revealing the contents of those documents, "viewable by Selected Parties & Court" only.

Dated this 13th day of November, 2019.

JASON R. DUNN
United States Attorney

s/*Guy Till*
GUY TILL
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: 303-454-0100
Fax: 303-454-0405
Guy.Till@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of November 2019, I electronically filed the foregoing GOVERNMENT'S MOTION TO RESTRICT DOCUMENT NOS. 443 and 444 with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

s/ Stephanie Graham
Legal Assistant
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: 303-454-0100
Fax: 303-454-0405
Stephanie.Graham@usdoj.gov